ALEXANDER SCHLEFSTEIN, Respondent, v. ANNE SCHLEFSTEIN, Appellant.— Judgment declaring the sum of $3,665.05 in a savings bank account and certain war bonds of a maturity value of $2,500 to be the joint property of the parties,

impressing a trust thereon for one half of such sum and war bonds and directing payment thereof, less a credit, by defendant to plaintiff, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.